UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| GUILLERMO TRUJILLO CRUZ,<br><br>　　　　Plaintiff,<br><br>　v.<br><br>VALDEZ, et al.,<br><br>　　　　Defendants. | Case No. 22-cv-04627-HSG<br><br>**JUDGMENT** |

The Court has DISMISSED this action without prejudice. The Clerk shall enter judgment in favor of Defendants and against Plaintiff, and close the case.

**IT IS SO ORDERED AND ADJUDGED.**

Dated:   2/21/2023

_____
HAYWOOD S. GILLIAM, JR.
United States District Judge